UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEEN A. CLARK, ) | |
| ) | CASE NO. C11-5683-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of her application for Title II Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 12.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will provide a de novo hearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g), as the original recording of the hearing held on May 20, 2010 is inaudible. As part of the new hearing, plaintiff may

REPORT AND RECOMMENDATION
PAGE -1

01 present new arguments and evidence, and the ALJ may perform further development and
02 conduct further proceedings as necessary.

03 The Court recommends that United States District Judge Robert S. Lasnik immediately
04 approve this Report and Recommendation and order the case REVERSED and REMANDED
05 for further administrative proceedings. A proposed order accompanies this Report and
06 Recommendation.

07 DATED this 24th day of October, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2